**FILED**
January 18, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____lad_____
DEPUTY

1.  In your complaint, you have named LaSalle Corrections as a defendant. State exactly what it is that this defendant personally either did or failed to do while acting under color of state law that you believe violated your constitutional rights, and when. Specifically state each and every injury, harm, damage or other adverse consequence which you suffered as a result of the acts or omissions of this defendant. Be specific.

LASAlle Corrections is The Umbrella For Limestone county Detention center or maybe the Corporation who Funds or insure Limestone Detention Center, Nevertheless I put All parties that may or may not be invoked And let The Honorable Judge to Sort them out.

2. In your complaint, you have named Warden Eddie Williams as a defendant. State exactly what it is that this defendant personally either did or failed to do while acting under color of state law that you believe violated your constitutional rights, and when. Specifically state each and every injury, harm, damage or other adverse consequence which you suffered as a result of the acts or omissions of this defendant. Be specific.

Mr Eddie Williams is the warden And is Liable for Any laws that are violated or broken, I brought Several things to his attention, And they All Was ignored, And even if Though he is no longer here A LCDC He was the warden at the time the Violations was taken place. Warden is totally responsible for the violations he know about And the ones he doesn't Know about. The Misconduct of his officers And policy is TOTALLY ~~responsible~~ ~~for. The~~ Warden Williams responsibilities or Liable. Because he suppose to have people in position To Make sure violations are prevented.

3

3.   In your complaint, you have named United States Marshals as a defendant. Plaintiff must specify the defendants he asserts violated his rights. Identify an individual defendant. State exactly what it is that this defendant personally either did or failed to do while acting under color of state law that you believe violated your constitutional rights, and when. Specifically state each and every injury, harm, damage or other adverse consequence which you suffered as a result of the acts or omissions of this defendant. Be specific.

The Marshals have A contract with LaSalle Corrections/Limestone county Detention Center I HAVE wrote complaints TO THE Marshal AND Phone calls HAVE BEEN MADE, Problems STILL EXIST And nothing Has change.
See Letters enclosed.

ITS NOT JUST PROBlems, ITS Violations, Limestone Detention Center Staff (Most) TO Verbal Talk, Believes "You are A inmate", "you are Black", "You people" "Monkey Singing" "Black people" just giving Examples of the kind of talk that comes out of officers mouth Jokingly or not.

4

4. In your complaint you have named Limestone County Detention Center as a Defendant. Limestone County Detention Center is not a legal entity capable of being sued. *See Darby v. Pasadena Police Dep't*, 939 F.2d 311 (5th Cir. 1991) (holding that police and sheriff's departments are governmental subdivisions without capacity for independent legal action). Are you alleging that any of the damages which you seek to recover in this lawsuit were the product of any policy, practice, or custom of Limestone County, Texas? If your answer is "yes," please identify each and every policy, practice or custom of Limestone County, Texas that you allege caused any deprivation of your constitutional rights. If your answer is "no," please state each and every reason why you believe that you are entitled to recover a judgment against Limestone County, Texas in this lawsuit.

Limestone county Detention Center is A Private Federal Holding Facility And This Holding facility is Liable, responsible for Me being deprived Medical Treatment, LAW Libary, And violation of their own policy.

5

5.    Please state whether you are presently incarcerated, i.e., serving a term of imprisonment based upon a criminal conviction.

*N/A*

*Limestone County Detention Center*

6.    If your answer to question 5 above was "yes," please state (1) the date of your conviction, (2) the nature of the offense(s) that form the basis for your current incarceration, (3) the date, if you know, when you expect to be released.

*N/A*

7. Please state whether you are currently awaiting trial on any criminal charges.

Yes I am currently Awaiting trial for a Charge of 922(G), 924(A)(2)

8. If your answer to question 7 above was "yes," please state (1) the date your current pretrial detention began, (2) the exact nature of the criminal charge(s) that form the basis for your current pretrial detention, (3) the court in which the cases against you are pending, (4) your expected trial dates, if known, and (5) the name of the attorneys who represent you in each case or whether you are representing yourself in your criminal case(s). Please be specific.

July 28, 2021

I Have been Charge with 922(G) 924(A) (2).

March 7 is my expected trial Date.

My Attorney name Mr. E Tyson of the Tyson Firm.

9.  Please state whether you are currently being held in custody pending parole or probation revocation proceedings.

N/A

10. If your answer to question 9 above was "yes," please state (1) the date your current detention began, (2) the exact nature of the charge against you, and (3) the expected date of your parole or probation revocation hearing, if any.  Please be specific.

N/A

11.    You claim that the defendants have violated your right to practice or express your religious beliefs. Answer the following questions about this allegation:

    a.  What is your religious affiliation?

       Islam is my religious Affiliation.

    b.  Is your religious affiliation a part of your record at the prison or jail?  If not, why not?

       yes it is Apart of my record at the Facility.

c. Explain how the defendants have denied your expression of your religious beliefs. State which defendant or defendants caused the denial and when and where the denial occurred.

I Suppose To ATTEND Jummah Services Every day ~~SL~~ Friday, INSTEAD its when An officer is free.

I Suppose To be able to order my religious items Such as rugs, Qurans, Kumar, But instead The Warden Banned Ordering from Amazon, but inmates can order Reading novals (personal).

We Are force to make prayer with Rodents running Around or Areas that is not Tidy.

10

d. How has the denial of your expression of your religious beliefs interfered with your religious practices?

This has Interfered with me mentally, This is A Terrible Thing that I Am being Denied my faith. This is A problem not Just A Violation, I can't Sleep at night, I cry, And I need The Courts to get involed.

e. What alternative methods of practicing your religion were you offered, if any? Be specific.

I WAS NOT offered NO Alternative practicing, And Denied when I Asked.

12.   Plaintiff is to include the following declaration at the end of his more definite statement:

> I declare, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.  Title 28 U.S.C. Section 1746.  Signed this ⎯13⎯ day of ⎯January⎯, 2022.
>
> ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
> Signature of Plaintiff

**SIGNED** on December 16, 2021

⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

To The Honorable Courts;

This is a letter to the courts as witnesses and through experience about the medical conditions here at Limestone County Detention Center, **Fact 1.** We By Signatures below have been denied Medical Attention, **OR** have had the Medical Director Dr Lax evaluate patients on through **VISUAL and NEVER PHYSICALLY INTERACTING with any of the detainees,** We witness Mr Laster complaining about his Medical Conditions of his high blood pressure, bad back, and We believe his knees, and he was denied, unaware if his Medical needs were met. **Fact 2.** We the undersigned have heard Mr Laster complain to Medical Staff (Dr Lax) and Dr Lax reply was "you are telling me too many things wrong, you can go back" unqoute, this is normal here at this holding Facility and instead of the Staff doing what they suppose to do, **they do what they want to do.** We attest that the following statement in this court is true and we ask that the court accept this into evidence. Due the **DANGER OF RETALIATION OF LIMESTONE COUNTY DETENTION CENTER, I WILL REMAIN NAMELESS AS THE PREPARER.**

Respectfully Submitted, Undersigned Witnesses

1/13/22

Tony Browning
Brandon Wright
Rene Valenzuela
Ronald Ward
Raymond K. Ferrell
Thomas Jones
Ja'Cory Anderson

Shermaine Laster

Raphael Jefferson

LIMESTONE COUNTY DETENTION CENTER
SHERMAINE LASTER #52285509
910 N TYUS STREET
GROESBECK, TX 76642

CLERK, U.S. D
WESTERN DIST
UNITEDSTATES
800 FRANKLIN
WACO, TEXA