**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| **SHERMAINE LASTER** | § | |
| **(Limestone County #52285509)** | § | |
| | § | |
| **V.** | § | **W-21-CA-1303-ADA** |
| | § | |
| **LASALLE CORRECTIONS, et al.** | § | |

<u>**DEFICIENCY ORDER**</u>

Before the Court is Plaintiff's civil rights complaint. Plaintiff moves for leave to proceed in forma pauperis. Plaintiff's motion is deficient in that he failed to provide the Court with a certified six-month history of his inmate trust fund account.

It is therefore **ORDERED** that the application to proceed in forma pauperis (#7) is **DISMISSED WITHOUT PREJUDICE** to filing a properly supported and signed application.

It is further **ORDERED** that the Clerk shall forward to Plaintiff an application to proceed *in forma pauperis* and that Plaintiff, within thirty (30) days of the filing of this Order, must submit either the filing fee of $402.00 or a completed application to proceed *in forma pauperis* including a certified six-month history of his inmate trust fund account.[1]

**SIGNED** on January 21, 2022

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

---

[1]If Plaintiff is granted leave to proceed *in forma pauperis,* a $350.00 filing fee will be deducted from her inmate trust fund account in installments until the full filing fee is paid.

1