**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**


| | | |
|---|---|---|
| **SHERMAINE LASTER** | § | |
| **(Limestone County #52285509)** | § | |
| | § | |
| **V.** | § | **W-21-CA-1303-ADA** |
| | § | |
| **LASALLE CORRECTIONS, et al.** | § | |


**ORDER**

On December 16, 2021, the Court ordered Plaintiff to file a more definite statement answering particular questions. The Court also ordered Plaintiff to submit either the filing fee of $402.00 or a completed application to proceed in forma pauperis. Plaintiff had until January 17, 2022, to comply with both of the Court's orders. Plaintiff filed a more definite statement and application to proceed in forma pauperis on January 18, 2022. However, the Court dismissed Plaintiff's in forma pauperis application because it was deficient. Plaintiff was ordered to submit either the filing fee of $402.00 or a completed application to proceed in forma pauperis, including a certified six-month history of his inmate trust fund account by February 21, 2022. To date, Plaintiff has failed to respond to that order.

It is **ORDERED** that Plaintiff shall show cause on or before **March 24, 2022**, why Plaintiff's complaint should not be dismissed for want of prosecution or for failure

1

to obey an order of the Court. Failure to respond to this order will result in the dismissal of this case.

**SIGNED** on February 22, 2022

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

2